CASE NO. 98-8883-CIV-DIMITROULEAS

ABRAHAMS, et al,

      Plaintiffs,

vs.

REXALL SUNDOWN, INC.  et al,

      Defendants.

_____/

CASE NO. 98-8894-CIV-DIMITROULEAS

PALMERI, et al,

      Plaintiffs,

vs.

REXALL SUNDOWN, INC.  et al,

      Defendants.

_____/

CASE NO. 98-8900-CIV-DIMITROULEAS

STEWART, et al,

      Plaintiffs,

vs.

REXALL SUNDOWN, INC.  et al,

      Defendants.

_____/

CASE NO. 98-8903-CIV-DIMITROULEAS

FUCHS, et al,

      Plaintiffs,

vs.

REXALL SUNDOWN, INC.  et al,

      Defendants.

_____/



CASE NO. 98-8904-CIV-DIMITROULEAS

JAFFEE, et al,

      Plaintiffs,

vs.

REXALL SUNDOWN, INC. et al,

      Defendants.

_____/

CASE NO. 98-8909-CIV-DIMITROULEAS

MAGID, et al,

      Plaintiffs,

vs.

REXALL SUNDOWN, INC. et al,

      Defendants.

_____/

CASE NO. 98-8926-CIV-DIMITROULEAS

MCCORMICK, et al,

      Plaintiffs,

vs.

REXALL SUNDOWN, INC. et al,

      Defendants.

_____/

CASE NO. 98-8933-CIV-DIMITROULEAS

SWANSON, et al,

      Plaintiffs,

vs.

REXALL SUNDOWN, INC. et al,

      Defendants.

_____/

## ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD PLAINTIFFS AND APPROVING SELECTION OF LEAD COUNSEL
## ORDER SETTING INITIAL SCHEDULE AND CANCELING FEBRUARY 3, 1999 HEARING

THIS CAUSE is before the Court upon the three Motions to Appoint Lead Plaintiffs and Lead

Counsel, Defendants Response thereto, Plaintiffs' Proposed Order upon agreement by the competing

lead plaintiffs, Defendants' January 29, 1999 Response thereto, and Plaintiffs' Replies to Defendants'

Responses. The Court has reviewed the pleadings filed to date, and after due consideration of 15

U.S.C. §78u-4, it is **ORDERED AND ADJUDGED** as follows:

### Consolidation

1.      The above-captioned actions (the "Actions") and any other actions filed as related to any of

these actions are hereby consolidated into one action (hereinafter, the "Consolidated Action") for all

purposes, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. This Order (the "Order")

shall apply as specified to the Consolidated Action and to each case that relates to the same subject

matter that is subsequently filed in this Court or transferred to this Court and is consolidated with the

Consolidated Action.

### Master Docket and Master File

2.      A Master File is hereby established for this proceeding. The Master File shall be 97-8798-

CIV-DIMITROULEAS. From this point on, the Clerk shall file all pleadings in the Master File and

note such filings on the Master Docket. An original of this Order shall be filed by the Clerk in the

Master File, with copies placed in each of the other fifteen cases styled above.

### Caption of the Case

3.      Every pleading filed in the Consolidated Action shall have the following caption:

IN RE REXALL SUNDOWN, INC.                    98-8798-CIV-DIMITROULEAS
SECURITIES LITIGATION                         Magistrate Judge Seltzer

### Newly-filed or Transferred Actions

4.      This Court requests the assistance of both plaintiffs' counsel and defendants' counsel in calling

to the attention of the Clerk of this Court the filing or transfer of any case that might properly be

consolidated as part of the Consolidated Action. When a case that arises out of the same subject

matter of the Consolidated Action is hereinafter filed in this Court or transferred from another Court, upon notice to the Clerk of this Court, the Clerk's Office shall:

      a.      File a copy of this Order in the separate file for such action;

      b.      Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed or transferred case; and

      c.      Make the appropriate entry in the Master Docket for the Consolidated Action.

5.      Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or objects to any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief, and if this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of the defendants' right to object to consolidation of any subsequently-filed or transferred related action.

### Appointment of Lead Plaintiffs And Lead Counsel

6.      The Court has reviewed the relevant considerations mandated by 15 U.S.C. Section 78u-4(a)(3)(B) (West, 1999) for appointment of lead plaintiff. The following plaintiffs and class members are hereby appointed lead plaintiffs pursuant to the Securities and Exchange Act as amended: Thomas J. Helms, Bierman Dermatology Group/IRA, Frank Strey, Bobby Shelton, Mike Bottenfield, Arthur Canada, Ned Kimmelman, Gene Okerlund, Michael Spear, Nancy J. Hogue, William K. Jones, Michael Petratos, David Hall and Barbara Hall.

7.      Pursuant to 15 U.S.C. Section 78u-4(a)(3)(B)(v), the law firm of Milberg Weiss Bershad Hynes & Lerach LLP ("Milberg Weiss") is appointed Lead Counsel and an Executive Committee is hereby appointed consisting of the law firms of Milberg Weiss; Barrack Rodos & Bacine; Schiffrin & Barroway, LLP; and Burt & Pucillo, LLP. Milberg Weiss shall serve as Chair of the Executive Committee.

8.     Lead Counsel shall, in consultation with the members of the Executive Committee, assume and exercise, the following powers and responsibilities:

    a.     To coordinate the briefing and argument of motions;

    b.     To coordinate the conduct of written discovery proceedings;

    c.     To coordinate the examination of witnesses in depositions;

    d.     To coordinate the selection of counsel to act as spokesperson at pre-trial conferences;

    e.     To call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

    f.     To conduct all settlement negotiations with counsel for the defendants;

    g.     To coordinate and direct the preparation for trial, the trial of this matter and to delegate work responsibilities to selected counsel as may be required;

    h.     To receive orders, notices, correspondence and telephone calls from the Court on behalf of all plaintiffs, and to transmit copies of such orders, notices, correspondence and memoranda of such telephone calls to plaintiffs' counsel; and

    i.     To supervise any other matters concerning the prosecution or resolution of the Consolidated Actions.

9.     With respect to scheduling and/or procedural matters, defendants' counsel may rely upon all agreements with Lead Counsel.

10.    No pleadings or other papers shall be filed or discovery conducted by any plaintiff except as directed or undertaken by Lead Counsel.

11.    Counsel in any related action that is consolidated with the Consolidated Action shall be bound by this organizational structure of plaintiffs' counsel.

<u>**Service of Pleadings And Other Parties**</u>

12.     Service by the defendants on plaintiffs of any papers shall be deemed to be
complete for all purposes when a copy is served on Lead Counsel.

<u>**Conclusion**</u>

It is **FURTHER ORDERED AND ADJUDGED** as follows:

13.     The hearing set on the pending Motion to Consolidate, Motions to Appoint Lead Plaintiffs and

Motions to Appoint Lead Plaintiffs' Counsel for 1:00pm on February 3, 1999 is hereby

**CANCELED**;

14.     The lead plaintiffs' shall file a consolidated complaint no later than February 19, 1999;

15.     Defendants' motion [DE 20] for an extension of time to respond to the complaint is hereby

**GRANTED.** Defendants' shall respond to the consolidated complaint by March 12, 1999;

16.     Pretrial discovery in this case shall be conducted in accord with Local Rules 16.1 and 26.1, and

the Federal Rules of Civil Procedure. Counsel for the parties shall hold a **scheduling**

**conference** no later than February 19, 1999, and by March 12, 1999, shall file a **joint**

**scheduling report** pursuant to Local Rule 16.1(B)(7). This report shall include a deadline for

filing of a motion for class certification, as well as indicate the proposed month and year for the

trial and the estimated number of trial days required;

17.     Plaintiff's Counsel Michael Pucillo's Motion for Attorney Jeffrey C. Block to Proceed Pro Hac

Vice [DE 18 in case 98-8841-CIV-DIMITROULEAS] is hereby **GRANTED** upon the filing of

a $75.00 check per attorney, made payable to the Clerk, United States District Court (the Court

notes that the fee has been paid). Out of state counsel seeking to appear *pro hac vice* must pay

the same filing fee as local attorneys who apply for admission to the bar of this court. The fee

will cover *pro hac vice* admission for Jeffrey C. Block in the Master File case, 98-8798, only.

The Court reserves the power to withdraw permission for special appearance prior to and

during the time of trial. Failure to abide by any Court order <u>or</u> failure to appear at any

scheduled matter may result in immediate revocation of counsel's *pro hac vice* status.  Local

counsel must be present throughout all proceedings and be ready to adequately represent the

party at any time, including conducting the actual trial.

18.    The Clerk shall docket this Order in all sixteen above-styled cases;

19.    The Clerk shall administratively close all the above-styled cases except the Master File in Case

number 98-8798-CIV-DIMITROULEAS, the lowest numbered case.  All pending motions in

the consolidated cases are hereby **DENIED AS MOOT**, given the rulings entered herein.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of February, 1999.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

see attached service list
(future orders will only be sent to
Lead Counsel, Milberg Weiss, Boca Raton
and defendants' counsel)

## LIST OF COUNSEL

Daniel E. Bacine
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
TELEPHONE: (215) 963-0600
FACSIMILE: (215) 963-0838

Jeffrey C. Block
BERMAN DE VALERIO & PEASE, LLP
One Liberty Square
Boston, MA  02109
TELEPHONE: (617) 542-8300
FACSIMILE: (617) 542-1194

Michael J. Pucillo
BURT & PUCILLO, LLP
222 Lakeview Avenue
Esperante Bldg., Suite 300 East
West Palm Beach, FL  33401
TELEPHONE: (561) 835-9400
FACSIMILE: (561) 835-0322

Steven E. Cauley
LAW OFFICES OF STEVEN E. CAULEY, P.A.
2200 N. Rodney Parham Road
Suite 218
Little Rock, AZ  72212
TELEPHONE: (501) 312-8500
FACSIMILE: (501) 312-8505

Martin D. Chitwood
CHITWOOD & HARLEY
1230 Peachtree Street
Suite 2900
Atlanta, GA  30309
TELEPHONE: (404) 873-3900
FACSIMILE: (404) 876-4476

Andrew Friedman
COHEN MILSTEIN et al
1100 New York Avenue, N.W.
Suite 500 - West Tower
Washington, D.C.,    20005
TELEPHONE: (202) 408-4600
FACSIMILE: (202) 408-4699

Adam Doner
DAVIS GORDON & DONER, P.A.
515 N. Flagler Drive
Suite 700
West Palm Bech, FL  33401
TELEPHONE: (561) 659-7337
FACSIMILE: (561) 659-0143

Marc S. Henzel
LAW OFFICES OF MARC S. HENZEL
210 West Washington Square
Third Floor
Philadelphia, PA  19106
TELEPHONE: (215) 625-9999
FACSIMILE: (215) 440-9475

David B. Kahn
KAHN & ASSOCIATES, LTD.
One Northfield Plaza
Suite 100
Northfield, IL  60093
TELEPHONE: (847) 501-5083
FACSIMILE: (847) 501-5086

D. Brian Hufford
POMERANTZ HAUDEK, et al.
100 Park Avenue
26th Floor
New York, NY  10017
TELEPHONE: (212) 661-1100
FACSIMILE: (212) 661-8665

Randall H. Steinmeyer
REINHARDT & ANDERSON
E-1000 First National Bank Bldg.
332 Minnesota Street
Saint Paul, MN  55101
TELEPHONE: (612) 227-9990
FACSIMILE: (612) 297-6543

Jeffrey Nobel
SCHATZ & NOBEL
216 Main Street
Hartford, CT  06106
TELEPHONE: (860) 493-6292
FACSIMILE: (860) 493-6290

Julian Kreeper
Milberg Weiss
Boca Raton, FL 33486

Andrew L. Barroway
SCHIFFRIN & BARROWAY, LLC
3 Bala Plaza East
Suite 400
Bala Cynwyd, PA  19004
TELEPHONE: (610) 667-7706
FACSIMILE: (610) 667-7056

Samuel P. Sporn
SCHOENGOLD & SPORN, P.C.
233 Broadway
New York, NY  10279
TELEPHONE: (212) 964-0046
FACSIMILE: (212) 267-8137

Thomas G. Shapiro
SHAPIRO HABER & URMY LLP
75 State Street
Boston, MA  02109
TELEPHONE: (617) 439-3939
FACSIMILE: (617) 439-0134

Paul J. Geller
SHEPHERD & GELLER, LLC
7200 West Camino Real
Suite 203
Boca Raton, FL  33433
TELEPHONE: (561) 750-3000
FACSIMILE: (561) 750-3364

Jeff Kodroff
SPECTOR & ROSEMAN
2000 Market Street
12th Floor
Philadelphia, PA  19103
TELEPHONE: (215) 864-2400
FACSIMILE: (215) 864-2424

Aaron Brody
STULL STULL & BRODY
6 East 45th Street
New York, NY  10017
TELEPHONE: (212) 687-7230
FACSIMILE: (212) 490-2022

Frederick W. Gerkens, III
WECHSLER HARWOOD, et al.
488 Madison Avenue
New York, NY  10022
TELEPHONE: (212) 935-7400
FACSIMILE: (212) 753-3630

Paul O. Paradis
WOLF POPPER LLP
845 Third Avenue
New York, NY  10022
TELEPHONE: (212) 759-4600
FACSIMILE: (212) 486-2093

Bruce G. Murphy
LAW OFFICES OF BRUCE G. MURPHY
265 Llwyd's Lane
Vero Beach, FL  32963
TELEPHONE: 561-231-4202
FACSIMILE:

Michael A. Hanzman
HANZMAN CRIDEN CHAYKIN PONCE &
HEISE, P.A.
First Union Financial Center
Suite 2100
200 South Biscayne Boulevard
Miami, FL  33131
TELEPHONE:  (305) 579-1222
FACSIMILE:  (305) 579-1229

Richard H. Critchlow
KENNY NACHWALTER SEYMOUR
ARNOLD CRITCHLOW & SPECTOR,
P.A.
1100 Miami Center
201 South Biscayne Blvd.
Miami, FL  33131
TELEPHONE: 305-373-1000
FACSIMILE:

- 7 -

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

THOMAS J. HELMS, et al.

      Plaintiffs,

vs.

REXALL SUNDOWN, INC.  et al,

      Defendants.

_____/

CASE NO. 98-8798-CIV-DIMITROULEAS
**Master File No. 98-8798-CIV**

Magistrate Judge Seltzer

FILED BY _____ D.C.

FEB 02 1999

CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

SIBLEY, et al,

      Plaintiffs,

vs.

REXALL SUNDOWN, INC.  et al,

      Defendants.

_____/

CASE NO. 98-8806-CIV-DIMITROULEAS

GOLDBERG, et al,

      Plaintiffs,

vs.

REXALL SUNDOWN, INC.  et al,

      Defendants.

_____/

CASE NO. 98-8807-CIV-DIMITROULEAS

GOLDEN, et al,

      Plaintiffs,

vs.

REXALL SUNDOWN, INC.  et al,

      Defendants.

_____/

CASE NO. 98-8809-CIV-DIMITROULEAS



CASE NO. 98-8841-CIV-DIMITROULEAS

ECHAVARRI, et al,

      Plaintiffs,

vs.

REXALL SUNDOWN, INC.  et al,

      Defendants.

_____/

CASE NO. 98-8875-CIV-DIMITROULEAS

PARISELLA, et al,

      Plaintiffs,

vs.

REXALL SUNDOWN, INC.  et al,

      Defendants.

_____/

CASE NO. 98-8879-CIV-DIMITROULEAS

ELLER, et al,

      Plaintiffs,

vs.

REXALL SUNDOWN, INC.  et al,

      Defendants.

_____/

CASE NO. 98-8880-CIV-DIMITROULEAS

SCHER, et al,

      Plaintiffs,

vs.

REXALL SUNDOWN, INC.  et al,

      Defendants.

_____/